cv-04018-SI  Document 62  Filed 06/17/10  Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 08, 2010

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
ATTEST
By Teresa Bishop on Jun 08, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: UNUMPROVIDENT CORP. SECURITIES,
DERIVATIVE & "ERISA" LITIGATION                         MDL No. 1552

### REMAND ORDER

**Before the entire Panel**: Three plaintiffs move pursuant to Rule 7.6(f), R.P.J.P.M.L., 199 F.R.D. 425, 438 (2001), to vacate the order conditionally remanding the two actions on Schedule A from the Eastern District of Tennessee to their respective transferor districts, the Northern District of California and the Eastern District of Pennsylvania. Defendant Unum Life Insurance Co. of America opposes the motion.

After considering all argument of counsel, the Panel finds that remand of these actions under Section 1407 is appropriate. The actions have been pending in the transferee court for over six years, and the transferee judge resolved motions for class certification and summary judgment. The transferee judge has considered the outstanding issues and determined that retention of the remaining claims would not serve the purposes of Section 1407. The Panel typically gives great weight to the transferee court's determination that remand is appropriate and will do so here. *See In re Columbia/HCA Healthcare Corp. Qui Tam Litigation (No. II)*, 560 F.Supp.2d 1125, 1126 (J.P.M.L. 2008) (citing *In re Holiday Magic Securities and Antitrust Litigation*, 433 F.Supp. 1125, 1126 (J.P.M.L. 1977)).

Plaintiffs argue against remand, *inter alia*, that their motion for attorneys' fees, filed after the transferee judge issued his suggestion of remand, warrants keeping their actions, or portions thereof, before the transferee judge. Based upon the Panel's precedents and for the following reasons, we respectfully disagree with this argument. The transferee judge specifically found that the plaintiffs' remaining claims should be considered by the transferor courts because resolution of those claims will require an analysis of the unique facts of each action, and it would not promote judicial economy to resolve the individual aspects of the actions in the transferee court. The transferee judge has had ample opportunity to amend or withdraw his suggestion of remand since the plaintiffs filed their motion for attorneys' fees, but has not done so. We respect his suggestion of remand, and its basis, and therefore will order remand of the actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are remanded from the Eastern District of Tennessee to, respectively, the Northern District of California and the Eastern District of Pennsylvania.

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | Barbara S. Jones |

IN RE: UNUMPROVIDENT CORP. SECURITIES,
DERIVATIVE & "ERISA" LITIGATION                     MDL No. 1552

## SCHEDULE A

<u>Eastern District of Tennessee</u>

Edmundo M. Rombeiro v. Unum Life Insurance Co. of America, et al., C.A. No. 1:03-1000
   (N.D. California, C.A. No. 3:02-4018)
Thomas P. Davis, et al. v. UnumProvident Corp., et al., C.A. No. 1:03-1004
   (E.D. Pennsylvania, C.A. No. 2:03-940)

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Barbara S. Jones<br>United States District Court<br>Southern District of New York | Telephone:  [202] 502-2800<br>Fax:            [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 8, 2010

Patricia L. McNutt, Clerk
U.S. District Court
900 Georgia Avenue
Room 309
Chattanooga, TN  37402

Re:  MDL No. 1552 -- IN RE: UnumProvident Corp. Securities, Derivative & "ERISA" Litigation

Dear Ms. McNutt:

Attached is a certified copy of a remand order filed today by the Panel in the above-captioned matter.  The remand order becomes effective once it is filed in your court, the transferee district court.

Please refer to Rule 1.6(d), of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001) for guidance on remanding the case files.  See also, Rule 7.6(g) which states "... the parties shall furnish forthwith to the transferee district clerk a stipulation or designation of the contents of the record or part thereof to be remanded and furnish the transferee district clerk all necessary copies of any pleading or other matter filed so as to enable the transferee district clerk to comply with the order of remand."

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
   Teresa Bishop
   Case Administrator

Attachment (Separate Document)

cc:   Transferee Judge:  Judge Curtis Lynn Collier

JPML Form 30