1  Michael L. Kelly - State Bar No. 82063
   mlk@kirtlandpackard.com
2  Robert M. Churella - State Bar No. 73319
   rmc@kirtlandpackard.com
3  KIRTLAND & PACKARD, LLP
   2361 Rosecrans Avenue, 4th Floor
4  El Segundo, California  90245
   Telephone: (310) 536-1000
5  Facsimile: (310) 536-1001

6  Attorneys for Plaintiff EDMUNDO M. ROMBEIRO

7  **RIMAC & MARTIN**
   **a Professional Corporation**
8  JOSEPH M. RIMAC - CSBN 72381
   j_rimac@rimacmartin.com
9  WILLIAM REILLY - CSBN 177550
   w_reilly@rimacmartin.com
10 1051 Divisadero Street
   San Francisco, CA 94115
11 Telephone: (415) 561-8440 795-0271
   Facsimile: (415) 561-8430
12
   Attorneys for Defendants
13 UNUM LIFE INSURANCE COMPANY OF AMERICA,
   UNUMPROVIDENT CORP., PAUL REVERE LIFE INSURANCE
14 COMPANY, COLONIAL LIFE & ACCIDENT INSURANCE
   COMPANY, PROVIDENT LIFE & ACCIDENT INSURANCE
15 COMPANY, NEXT LEVEL COMMUNICATIONS, INC. & NEXT
   LEVEL COMMUNICATIONS LONG TERM DISABILITY PLAN
16
                      UNITED STATES DISTRICT COURT
17
                      NORTHERN DISTRICT OF CALIFORNIA
18

19

20
   EDMUNDO M. ROMBEIRO,                    )
21                                          )
              Plaintiff,                    )  **CASE NO.  C 02 4018 SI**
22                                          )
       vs.                                  )  **JOINT STIPULATION TO EXTEND**
23                                          )  **THE TIME TO FILE OPPOSITION**
   UNUM LIFE INSURANCE COMPANY OF           )  **AND REPLY TO PLAINTIFF'S**
24 AMERICA, and DOES 1 through 20, inclusive,)  **DECEMBER 16, 2010 MOTION FOR**
                                            )  **LEAVE TO FILE FOURTH AMENDED**
25           Defendants.                    )  **COMPLAINT AND PROPOSED**
   _____  )  **ORDER**
26

27

28

---

**STIPULATION & ORDER**            **-1-**            **CASE NO. C 02 4018 SI**

The parties request that the Court permit defendants to file its opposition to plaintiff's December 16, 2010 Motion for Leave to File Fourth Amended Complaint on or before December 1, 2010 with plaintiff's reply to be filed on or before December 8, 2010.

Good cause exists for this brief extension because defendants' counsel has a preplanned and paid for vacation from November 18, 2010 through November 28, 2010

SO STIPULATED:

DATED: November 15, 2010    RIMAC & MARTIN
A Professional Corporation

By: /s/
WILLIAM REILLY
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORP., PAUL REVERE LIFE INSURANCE COMPANY, COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, NEXT LEVEL COMMUNICATIONS, INC. & NEXT LEVEL COMMUNICATIONS LONG TERM DISABILITY PLAN

DATED: November 15, 2010    KIRTLAND & PACKARD LLP

By: /s/
ROBERT M. CHURELLA
Attorneys for Plaintiff EDMUNDO M. ROMBEIRO

SO ORDERED:

DATED:_____, 2010

THE HONORABLE SUSAN ILLSTON

**STIPULATION & ORDER**         -2-         CASE NO. C 02 4018 SI