**46 minutes**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/4/11

Case No.   C02-4018 SI            Judge:   SUSAN ILLSTON

Title: ROMBEIRO  -v-  UNUM LIFE

Attorneys: Harry Lehmann, Michael Kelly, Robert Churella          Bill Riley

Deputy Clerk:  Tracy Forakis   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference -  HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to **3/25/11 @ 3 p.m.**  for Further Case Management Conference

Case continued to   for Motions

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Plaintiff may conduct 4 additional depositions re: standard of review policy
Defendant may file a motion for protective order by 2/18/11 with a hearing date of 3/25/11, at 9:00 a.m.