1  Michael L. Kelly - State Bar No. 82063
   mlk@kirtlandpackard.com
2  Robert M. Churella - State Bar No. 73319
   rmc@kirtlandpackard.com
3  KIRTLAND & PACKARD, LLP
   2361 Rosecrans Avenue, 4th Floor
4  El Segundo, California 90245
   Telephone: (310) 536-1000
5  Facsimile: (310) 536-1001

6  Attorneys for Plaintiff EDMUNDO M. ROMBEIRO

7  **RIMAC & MARTIN**
   **a Professional Corporation**
8  JOSEPH M. RIMAC - CSBN 72381
   j_rimac@rimacmartin.com
9  WILLIAM REILLY - CSBN 177550
   w_reilly@rimacmartin.com
10 1051 Divisadero Street
   San Francisco, CA 94115
11 Telephone: (415) 561-8440 795-0271
   Facsimile: (415) 561-8430
12
   Attorneys for Defendants
13 NEXT LEVEL COMMUNICATIONS, INC. & NEXT
   LEVEL COMMUNICATIONS LONG TERM DISABILITY PLAN
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDMUNDO M. ROMBEIRO, | ) |
| Plaintiff, | ) **CASE NO. C 02 4018 SI** |
| vs. | ) **JOINT STIPULATION TO CONTINUE FEBRUARY 25, 2011 HEARING OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, BRIEFING SCHEDULE AND PROPOSED ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

---

**STIPULATION & ORDER**               **-1-**               **CASE NO. C 02 4018 SI**

1   The parties request that the Court continue the February 25, 2011 hearing on plaintiff's motion for attorneys' fees and costs to March 25, 2011, with defendants' opposition to be filed on or before February 25, 2011 and plaintiff's reply to be filed on or before March 11, 2011.

Good cause exists for this brief extension because defendants' counsel's calendar.

SO STIPULATED:

DATED: February 3, 2011        RIMAC & MARTIN
                               A Professional Corporation


                               By:
                                   /s/ WILLIAM REILLY
                                   WILLIAM REILLY
                                   Attorneys for Defendants
                                   UNUM LIFE INSURANCE COMPANY OF AMERICA,
                                   UNUMPROVIDENT CORP., PAUL REVERE LIFE
                                   INSURANCE COMPANY, COLONIAL LIFE &
                                   ACCIDENT INSURANCE COMPANY, PROVIDENT
                                   LIFE & ACCIDENT INSURANCE COMPANY, NEXT
                                   LEVEL COMMUNICATIONS, INC. & NEXT LEVEL
                                   COMMUNICATIONS LONG TERM DISABILITY PLAN

DATED: February 3, 2011        KIRTLAND & PACKARD LLP


                               By:     /s/ ROBERT M. CHURELLA
                                   ROBERT M. CHURELLA
                                   Attorneys for Plaintiff EDMUNDO M. ROMBEIRO


SO ORDERED:


DATED:  2/7       , 2011
                               _____
                               THE HONORABLE SUSAN ILLSTON