**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUNDO M. ROMBEIRO,<br><br>    Plaintiff,<br><br>  v.<br><br>UNUM LIFE INS. CO. OF AM., et al.,<br><br>    Defendants.<br>_____/ | No. C 02-04018 SI<br><br>**ORDER REFERRING CASE TO MEDIATION** |

The Court hereby refers this matter to court-sponsored mediation. It is urgently requested that the mediation occur before May 16, 2011.

**IT IS SO ORDERED.**

Dated: April 12, 2011

_____
SUSAN ILLSTON
United States District Judge