Michael L. Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Robert M. Churella - State Bar No. 73319
rmc@kirtlandpackard.com
KIRTLAND & PACKARD, LLP
2361 Rosecrans Avenue, 4th Floor
El Segundo, California  90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

Attorneys for Plaintiff EDMUNDO M. ROMBEIRO

**RIMAC & MARTIN**
**a Professional Corporation**
JOSEPH M. RIMAC - CSBN 72381
j_rimac@rimacmartin.com
WILLIAM REILLY - CSBN 177550
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440 795-0271
Facsimile: (415) 561-8430

Attorneys for Defendants
NEXT LEVEL COMMUNICATIONS, INC. & NEXT
LEVEL COMMUNICATIONS LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUNDO M. ROMBEIRO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>UNUM LIFE INSURANCE COMPANY OF<br>AMERICA, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | **CASE NO.  C 02 4018 SI**<br><br>**STIPULATION OF DISMISSAL OF<br>ENTIRE ACTION WITH PREJUDICE;<br>ORDER** |

    IT IS HEREBY STIPULATED by and between the plaintiff EDMUNDO M.

ROMBEIRO and defendant NEXT LEVEL COMMUNICATIONS, INC. & NEXT

LEVEL COMMUNICATIONS LONG TERM DISABILITY PLAN, through their

respective counsel of record, that the captioned action may be, and hereby is, dismissed with

prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall

**-1-**

**STIPULATION OF DISMISSAL OF ACTION**
**WITH PREJUDICE; ORDER**                    **CASE NO. C 10-05057 SBA**

1    bear their own respective costs of suit.

2         **SO STIPULATED.**

3

4    DATED: June 17, 2011              RIMAC & MARTIN
                                       A Professional Corporation
5

6
                                       By:    /s/ WILLIAM REILLY
7                                             WILLIAM REILLY
                                              Attorneys for Defendants
8                                             NEXT LEVEL COMMUNICATIONS, INC.
                                              & NEXT LEVEL COMMUNICATIONS
9                                             LONG TERM DISABILITY PLAN

10   DATED: June 17, 2011              KIRTLAND & PACKARD LLP

11
                                       By:    /s/ ROBERT M. CHURELLA
12                                            ROBERT M. CHURELLA
                                              Attorneys for Plaintiff EDMUNDO M.
13                                            ROMBEIRO

14

15   SO ORDERED:

16

17
     DATED:_____6/21_____, 2011        _____
18                                     THE HONORABLE SUSAN ILLSTON

19

20

21

22

23

24

25

26

27

28

-2-